# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JOHN   P.   BARRY_____ , Bar # _____JB6489_____

was duly admitted to practice in the Court on

_____August 07, 2002_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.                    On      _____September 27, 2022_____
           New York, New York

_____Ruby J. Krajick_____      By      _____s/ S. Gonzalez_____
        Clerk of Court                                Deputy Clerk