MOTION GRANTED. [signature]

UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRYCE VANDIVER, | Case No. 3:22-cv-00852 |
| Plaintiff, | Judge: Eli J. Richardson |
| vs. | Magistrate Judge Jeffrey S. Frensley |
| THE CAPITAL MARKETS COMPANY, LLC, | |
| Defendant. | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant The Capital Markets Company, LLC ("Capco") respectfully moves this Court for a 45-day extension of time for Capco to answer or otherwise respond to Plaintiff Bryce VanDiver's ("VanDiver") Complaint. As grounds for this motion. Capco submits the following:

1. VanDiver filed the Complaint in this matter in the Chancery Court of Davidson County, Tennessee on September 14, 2022. VanDiver served the Complaint upon Capco on September 19, 2022.

2. Capco removed this case in a timely manner to this Court on October 18, 2022.

3. The original deadline for Capco to answer or otherwise respond to the Complaint is October 25, 2022, which is seven (7) days after Capco's filing of the notice of removal of this case to this Court. Fed. R. Civ. P. 81(c)(2)(C).

4. Capco requires additional time to answer or otherwise respond to the Complaint because it needs to thoroughly investigate the matter and gather documents that are relevant to the allegations in the Complaint.

5. Counsel for Capco has consulted with counsel for VanDiver, who does not

oppose this motion.

Accordingly, Capco respectfully requests that this Court enter an Order extending the time for Capco to answer or otherwise respond to the Complaint by 45 days, up to and including December 9, 2022.

Dated: October 21, 2022

Respectfully submitted,

/s/ Thomas H. Dundon
Thomas H. Dundon, # 004539
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tdundon@nealharwell.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion was served via the Court's CM/ECF electronic filing system this 21 October 2022 upon:

Joe P. Leniski, Jr.
Daniel P. Hull
Branstetter, Stranch & Jennings, PLLC
223 Rosa L Parks Ave, Suite 200
Nashville, Tennessee 37203
joeyl@bsjfirm.com
danielh@bsjfirm.com

*Attorneys for Plaintiff*

By: /s/ Thomas H. Dundon
THOMAS H. DUNDON